**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Dinial COLLINS–BAKER, Defendant— Appellant.**

**No. 04–50410.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 11, 2006.*

Filed Sept. 14, 2006.

John Kraemer, San Diego, CA, for Plaintiff–Appellee.

Zandra L. Lopez, Esq., San Diego, CA, for Defendant–Appellant.

Before: PREGERSON, T.G. NELSON and GRABER, Circuit Judges.

MEMORANDUM **

This is an appeal from the sentence imposed upon revocation of supervised release. A review of the record indicates that the appeal is moot because the custodial term has ended and Appellant was not sentenced to a term of supervised release to follow his custodial sentence. *See Unit-*

---

9th Cir. R. 36–3. Accordingly, appellant's motion to waive oral argument is granted.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

*ed States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir.1999).

**APPEAL DISMISSED.**